RECEIVED
JUL 1 3 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 04-30054 |
| VERSUS | * | JUDGE JAMES |
| PEDRO GOMEZ | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment herein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Suppress filed by the defendant (Document No. 34) be **DENIED**.

THUS DONE AND SIGNED this 12 day of July, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION